UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KATIRIA LONGRA PEREZ,**

**Plaintiff,**

**v.**                                          **Case No. 6:24-cv-00757-CEM-RMN**

**SERVELLO & SON, INC., and**
**GREGORY SERVELLO,**

**Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Settlement Approval ("Motion," Doc. 45). The United States Magistrate Judge issued a Report and Recommendation (Doc. 46), recommending that the Motion be granted.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 45) is **GRANTED**.

3. This case is **DISMISSED with prejudice**.

4.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 5, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record